VAN ACKER *v.* BLOSS

Appeal from Oakland, Moore (Arthur E.), J. Submitted Division 2 December 6, 1968, at Lansing. (Docket No. 4,720.)  Decided December 19, 1968.

Complaint by Harriet Van Acker and Julius Van Acker against Emily C. Bloss for injuries Harriet Van Acker received in a fall on a wet floor in the Paramount Beauty School, operated by defendant. Directed verdict for defendant.  Plaintiffs appeal. Reversed and remanded.

*Frances R. Avadenka,* for plaintiff.

*Bell & Hertler,* for defendant.

PER CURIAM.  Plaintiffs appeal from a directed verdict of no cause for action in this slip and fall case.  Plaintiff Harriet Van Acker was a tuition-paying student in defendant's beauty school.

A review of the trial transcript convinces this Court that a question of fact was presented on the alleged negligence of defendant in failing to maintain the premises in a reasonably safe condition for plaintiff, an invitee.

Reversed and remanded for trial.  Plaintiffs may recover costs.

T. G. KAVANAGH, P. J., and QUINN and MILLER, JJ., concurred.